

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2015

No. 04-15-00690-CV

Steven M. **GARY**,
Appellant

v.

Mary **ROMAN**, et al.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-01986
Honorable Laura Salinas, Judge Presiding

### ORDER

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

We order that appellees Mary Roman, et al. recover their costs of appeal, if any, from appellant Steven M. Gary.

It is so **ORDERED** on December 23, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle, Clerk